UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ABRAHAM JOSEPH,<br><br>  Plaintiff,<br><br>  v.<br><br>MONIVIRIN SON, et al.,<br><br>  Defendants. | No.  2:22-cv-01558-TLN-CKD<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff did not file objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the plaintiff's responsibility to always keep the Court apprised of his current address.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

    The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 25, 2023 (ECF No. XX) are adopted in full; and
2. This action is DISMISSED without prejudice for failure to prosecute. *See* Local Rule 183(b).
3. The Clerk of Court shall close this case.

Date:  September 27, 2023

Troy L. Nunley
United States District Judge

2