UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ABRAHAM JOSEPH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONIVIRIN SON, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-1558-TLN-CKD<br><br>**ORDER** |

On September 29, 2023, the Court dismissed this action because Plaintiff failed to keep the Court apprised of his address. Plaintiff filed a Motion to Reopen his case. (ECF No. 17.)

The record shows that on May 15, 2023, Plaintiff informed that Court that he was being housed at the Shasta County Jail. The Court attempted to serve four different documents, including the order dismissing this case on Plaintiff at the Shasta County Jail, but all four documents were returned.

Under Rule 60(b), a court may vacate judgment for, among other things, mistake, inadvertence, surprise, excusable neglect, or "any other reason that justifies relief." In the instant motion, Plaintiff admits he was released from the Shasta County Jail on June 8, 2023, and fails to adequately explain why he did not provide the Court with a new address where he could be reached upon his release. Thus, the Court finds Plaintiff has not provided the Court with any valid basis, as identified in Federal Rule of Civil Procedure 60(b) for reopening the case.

1     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to reopen this case (ECF
2 No. 17) is DENIED.
3 Date: February 26, 2024

                Troy L. Nunley
                United States District Judge